**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERICA DESROSIERS, et al.,<br>*Plaintiffs,*<br>v.<br>CVS PHARMACY, INC.,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-6979 |

**ORDER**

**AND NOW**, this 21st day of October, 2026, upon consideration of Plaintiffs' Motion to Remand (Dkt. No. 6) and Defendant's Response in Opposition (Dkt. No. 7), it is **ORDERED** that the Motion is **DENIED.** Defendant may file an Amended Notice of Removal on or before **Wednesday, October 28, 2026.**

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.